UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BREFKA & HEHNKE GmbH & CO. a/s/o/ MMI USA CORP.,

        Plaintiff,

  - against -

RDD FREIGHT INTERNATIONAL, INC.,

        Defendant,
------------------------------------------------------------X

07 Civ.

FRCP RULE 7.1
DISCLOSURE STATEMENT

    NOW comes plaintiff, BREFKA & HEHNKE GmbH & CO. a/s/o/ MMI USA CORP., and submits in duplicate its Disclosure Statement pursuant to F.R .Civ. P, Rule 7.1.

    BREFKA & HEHNKE GmbH & CO. is a foreign company that is not publicly traded.  MMI USA CORP. is not a publicly traded company.

Dated: New York, New York
       October 31, 2007
       228-18

                          CASEY & BARNETT, LLC
                          Attorneys for Plaintiff

                          Christopher M. Schierloh (CS-6644)
                          317 Madison Avenue, 21st Floor
                          New York, NY 10017
                          (212) 286-0225