JEFFREY A. WEISS ESQ.
33 Bayview Avenue
Port Washington, New York 11050
(516) 459 -1296
Attorney for Defendant
RDD FREIGHT INTERNATIONAL. INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

BREFKA AND HEHNKE GmbH and Co. a/s/o
MMI USA CORP.,

                                       Plaintiff,

                                                                         **RULE 7.1**
    -against-                                                    **DISCLOSURE**
                                                                         **STATEMENT**
                                                                        **07 Civ. 9692**

RDD FREIGHT INTERNATIONAL, INC.

                                       Defendant
_____x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, in order to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, I, Jeffrey A. Weiss, a member of the Bar of this Court, and attorney for Defendant RDD Freight International, Inc., certify upon information and belief that said defendant is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries or affiliates of the Defendant which is otherwise publicly held in the Untied States.

2

Dated: Port Washington, N.Y.

December 28, 2007

                                                              _____
                              JEFFREY A. WEISS ESQ. (JW-4082)
                                    Attorney for Defendant
                               RDD Freight International, Inc.
                                        33 Bayview Avenue
                           Port Washington, New York 11050
                                          (516) 459 -1296

TO: Casey and Barnett LLC
317 Madison Ave. 21st Floor
New York, N.Y. 10017
(212) 286 0225
ATTN: Christopher M. Schierloh Esq.