UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------

BREFKA AND HEHNKE GmbH and Co. a/s/o
MMI USA CORP.,

                Plaintiff,

    -against-

RDD FREIGHT INTERNATIONAL, INC.

                Defendant.

------------------------------------------------------------------------

05C 5509
(Guzman, J.)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE THAT James M. Maloney, hereby appears of counsel to Jeffrey A. Weiss, Esq., for and on behalf of the above-named Defendant.

Dated:      January 7, 2008
               Port Washington, New York

                                                    /s

                                       James M. Maloney (JM-5297)
                                       33 Bayview Avenue
                                       Port Washington, NY 11050

                                       tel: (516) 767-1395
                                       fax: (516) 767-1326
                                       e-mail: maritimelaw@nyu.edu