UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------

BREFKA AND HEHNKE GmbH and Co. a/s/o
MMI USA CORP.,

                          Plaintiff,

      -against-

RDD FREIGHT INTERNATIONAL, INC.

                        Defendant.

-------------------------------------------------------------------------

07 Civ. 9692 (SAS)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE THAT James M. Maloney hereby appears of counsel to Jeffrey A. Weiss, Esq., for and on behalf of the above-named Defendant.

Dated:      January 7, 2008
               Port Washington, New York

                                                     /s
                                    _____

                                    James M. Maloney (JM-5297)
                                    33 Bayview Avenue
                                    Port Washington, NY 11050

                                    tel: (516) 767-1395
                                    fax: (516) 767-1326
                                    e-mail: maritimelaw@nyu.edu