```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 1/7/08          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

BREFKA AND HEHNKE GmbH and Co. a/s/o
MMI USA CORP.,

                                         Plaintiff,

                                                              **Scheduling Order**
                                                              **07 Civ. 9692 (SAS)**

            -against-

RDD FREIGHT INTERNATIONAL, INC.

                                         Defendant

_____x


            WHEREAS, the Court issued an Order for a Conference to be held on
Monday January 7, 2008 (the "Order") in accordance with FRCP Rule 16 (b); and

            WHEREAS, the Order requires that the parties jointly prepare and sign a
proposed scheduling order containing certain information;

            NOW, THEREFORE, the parties hereby submit the following information as
required by the Order:


1. The conference was held on January 7, 2008.

**Appearances:**

Casey and Barnett LLC                    Law Office of Jeffrey A. Weiss
317 Madison Avenue 21st Floor            33 Bayview Avenue
New York, NY 10017                       Port Washington, NY 11050
(212) 286 0225                           (516) 459 1296
For Plaintiff                            for Defendant

2. **Summary of Issues.**

This is an admiralty and maritime claim.  Plaintiff has brought suit for alleged damage to a cargo of steel products shipped from China to the United States onboard the M.V. KANG SHUN. Defendant denies damage and / or liability and asserts numerous affirmative defenses including but not limited to exoneration under the ocean bill of lading and / or the U.S. Carriage of Goods by Sea Act.

3. **Schedule:**

a. Defendant will depose an officer(s) and / or employee(s) of the plaintiff with knowledge of the sale and / or purchase/ and /or shipment/ and / or *(2)* reconditioning / disposition of the allegedly damaged steel products.  *MARCH*

Plaintiff will depose an officer(s) and / or employee(s) of the defendant and / or the ocean carrier with knowledge of the care and carriage of the steel products *(2)* allegedly damaged onboard the M.V. KANG SHUN.

b. ~~Documentary~~ *All* discovery to be completed by April 30, 2008.

c. Expert Reports, if any, to be supplied to the adverse side by June 15, 2008, and each expert's deposition, if any, to be completed by July 30, 2008.

d. All depositions and discovery to be completed by ~~July 30, 2008~~ *April 30,*

e. Plaintiff will supply its pre trial order matters to defendant by ~~Sept. 15,~~ 2008 *May 16*

f. By ~~October 15, 2008,~~ *May 30, 2008* the parties will submit a pre trial order in a form conforming to the Court's instructions together with trial briefs and findings of fact and conclusions of law for a non jury trial.

g. A final pretrial conference pursuant to FRCP 16 will be held on *5/5 at 4³⁰*

4. **Non Jury Trial**

The anticipated length of a non jury trial in this matter is 1 or 2 days.

5. **Expert Testimony**

It is anticipated that expert testimony will be offered on the ocean carriage, care for, reconditioning, sale and purchase, and markets of steel products carried by sea.

6. **Amendments of this Order**

This Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

7. **Names and addresses and phone numbers of Counsel**

Casey and Barnett LLC
By: Christopher M. Schierloh Esq.
317 Madison Avenue 21st Floor
New York, NY 10017
(212) 286 0225
For Plaintiff

Law Office Jeffrey A. Weiss
By: James Maloney Esq.
33 Bayview Avenue
Port Washington, NY 11050
(516) 459 1296
For Defendant

**SO ORDERED:**

**Shira A. Scheindlin**    1/7/08
**USDJ**

3