UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Brefka and Hehnke,

           Plaintiff(s),

    -against-

ROO-Freight Int'l,

           Defendant(s).
------------------------------------------------------------x

ORDER OF DISCONTINUANCE

07 Civ. 9692 (SAS)(FM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08

    It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

    ORDERED that said action be and hereby is, discontinued with prejudice and without costs; provided, however, that within 30 days of the date of this order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED:    New York, New York
            March 5, 2008

                                                     FRANK MAAS
                                     United States Magistrate Judge

_____
Attorney(s) for Plaintiff Brefka + Hehnke
Christopher M. Schierloh, Esq.
Casey & Barnett, LLC

Agreed and Consented to:

_____
Attorney(s) for Defendant ROO Freight Int'l
Jeffrey A. Weiss, Esq.

Agreed and Consented to:

_____
Ywen Hu
ROO Freight Int'l